```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 41579
   JOSEPH E DEL ROSARIO
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK
            Debtor
   SSN XXX-XX-9130
```

---

## TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 09/29/05 and confirmed on 12/02/05.

2. The case was dismissed after confirmation, 02/08/2008.

3. The Debtor paid a total of $ 17890.60 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NPS | SECURED VEHIC | 12950.00 | 1162.70 | 12950.00 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1702.90 | .00 | 107.06 |
| CHARTER ONE | UNSECURED | NOT FILED | .00 | .00 |
| CHECK N GO OF ILLINOIS | UNSECURED | NOT FILED | .00 | .00 |
| B LINE LLC | UNSECURED | 673.00 | .00 | 41.87 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 710.66 | .00 | 44.22 |
| ROUNDUP FUNDING LLC | UNSECURED | 1044.85 | .00 | 65.69 |
| ROUNDUP FUNDING LLC | UNSECURED | 2434.53 | .00 | 153.06 |
| NEX/MIL STAR/EXCHANGE | UNSECURED | 6720.61 | .00 | 422.51 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 459.12 | .00 | 28.56 |
| ROUNDUP FUNDING LLC | UNSECURED | 1037.85 | .00 | 65.25 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 2037.08 | .00 | 128.06 |
| MILL CREEK BANK | UNSECURED | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL CARD S | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1129.75 | .00 | 71.02 |
| B LINE LLC | UNSECURED | 336.64 | .00 | 21.17 |
| WORLD FINANCIAL NETWORK | UNSECURED | 226.78 | .00 | 13.79 |
| NPS | UNSECURED | 1193.45 | .00 | 75.03 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 12950.00 | .00 | 19707.22 | .00 | 32657.22 |
| PRINCIPAL PAID | 12950.00 | .00 | 1237.29 | .00 | 14187.29 |
| INTEREST PAID | 1162.70 | .00 | .00 | .00 | 1162.70 |
| TOTAL PAID | 14112.70 | .00 | 1237.29 | .00 | 15349.99 |

The Debtor's attorney, LEGAL HELPERS PC            , was allowed $   2700.00 and was paid $    850.00   direct and $   1850.00   through the plan.

The Trustee received $    690.61 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 05/21/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE